UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL BUSH, PRO SE
LINDA TAYLOR, PRO SE
LISA TIERNAN, PRO SE
KATE HENDERSON, PRO SE
ROBERT EGRI, PRO SE
KATALIN EGRI, PRO SE
ANITA OPITZ, PRO SE
MONICA GRANFIELD, PRO SE
ANN LINSEY HURLEY, PRO SE
IAN SAMPSON, PRO SE
SUSAN PROVENZANO, PRO SE
JOSEPH PROVENZANO, PRO SE
           PLAINTIFFS



v.                          Civil Action No. 1:21-CV-11794-ADB

LINDA FANTASIA,
MARTHA FEENEY-PATTEN,
ANTHONY MARIANO,
CATHERINE GALLIGAN,
JEAN JASAITIS BARRY,
PATICK COLLINS,
DAVID ERICKSON,
TIMOTHY GODDARD,
TOWN OF CARLISLE,
JOHN DOE,
JANE DOE,
        DEFENDANTS

**REQUEST FOR PERMISSION TO FILE ELECTRONICALLY**

Per the email message from the Court enclosed as <u>Exhibit 1</u> and pursuant to section E(2) of the CM/ECF Administrative Procedures document for this Court,

the undersigned Pro Se Plaintiff hereby requests that the Court grant him permission to file case documents electronically.

In his day job, the Plaintiff regularly prepares electronic documents in various formats (including PDF) and uploads them to secure websites. So the ECF process with this Court should be easy for the Plaintiff and facilitate more prompt and certain filing of documents. The Plaintiff also expects that his filing documents electronically would relieve the Court personnel of having to process papers that would otherwise be mailed to them. So the Plaintiff views this as a win-win.

Therefore, the Plaintiff respectfully requests that the Court grant his request for permission to file case documents electronically as a Pro Se Plaintiff.

*Michael Bush, Pro Se*     November 15, 2021

Michael Bush

280 Lowell Street

Carlisle MA 01741

Phone: 978-734-3323

Email: bmoc54@verizon.net