**Subject:** NextGen CM/ECF Registration Status
**From:** do_not_reply@psc.uscourts.gov - **To:** bmoc54@verizon.net - **Cc:** - **Date:** November 15, 2021 at 3:06 PM

This email is notification that your NextGen CM/ECF electronic filing registration has been processed. You may check your E-Filing Status by visiting the "Manage My Account" section of the PACER web site and selecting "Check E-File Status" option from the "Maintenance" tab or use this link, https://pacer.psc.uscourts.gov/pscof/manage/efileStatus.jsf.

Account Number: 6928630
Court: MASSACHUSETTS DISTRICT COURT
Date/Time Submitted: 11/13/2021 07:16:45 CST
Transaction ID: 15870
Request: Registration
Transaction Status: Rejected
Comment: Hello,
This court is in receipt of your E-filing Registration. ==Pro se litigants applying for electronic filing must ask the Judge in their cases permission to file. You can do that by sending a letter or motion to the court asking for that permission.== Once that has been granted, please re-submit a request for E-Filing access. Thank you.

NOTE: Please do not reply to this message. This is an automated message sent from an unmonitored mailbox. If you have questions or comments, please email them to ECFhelp@mad.uscourts.gov.