**Subject: Notice of Claim**

From: Linda Fantasia - To: bmoc54@verizon.net - Cc:  - Date: September 22, 2021 at 2:54 PM

I have received your 'Notice of Claim Pursuant to M.G.L. Ch 260 and 42 U.S.C.~1983 and Demand For Resolution." Dated 9/7/21.

*Linda Fantasia*
*Health Agent*
*Town of Carlisle*
*66 Westford Street*
*Carlisle MA 01741*
*(978) 369-0283*
***Please be advised that all email sent and received through the Town of Carlisle system may be considered part of the public record.***

**Due to unprecedented public health conditions at this time, non-emergency Health Department responses  may be delayed.  We will provide responses as soon as possible and appreciate your patience.**