

*Town of Carlisle*
*Office of*
*BOARD OF HEALTH*
66 Westford Street
Carlisle, MA 01741

Tel.: (978) 369-0283
Fax: (978) 369-4521

**BOARD OF HEALTH**
**Special Meeting Agenda**
**Tuesday, November 23, 2021**
**8:00 AM**
**REMOTE PARTICIPATION**

Join Zoom Meeting
https://us02web.zoom.us/j/86121936991?pwd=Sitrd3hMR1F3NFpHMTA2d2V2emd4Zz09

Meeting ID: 861 2193 6991
Passcode: 846379

**8:00**      **NEW BUSINESS**

**Executive Session** pursuant to M. G. L. c. 30A sec. 21(a)(3) to discuss strategy with respect to litigation: Michael Bush et al. v. Town of Carlisle et al., United States District Court for the District of Massachusetts Case No. 1:21-cv-11794-ADB.

*The meeting agenda lists all topics reasonably anticipated by the Board of Health at the time of posting. Additional topics not anticipated may be discussed at the meeting under the agenda item New Business.*

**Meeting Dates -**    12/15/21
**Upcoming:**