

**VOIP Business Phone**

Phone.com an affordable VoIP virtu…

http://Phone.com

12:29 PM

Wednesday, January 5, 2022

 New Phone.com voicemail http://vm.phone.com/2154727/6a52c902ed68c9574e1bc5fad35cd4a61e006617 on extension #26 from (617) 968-6320:



**VOIP Business Phone**

Phone.com an affordable VoIP virtu…

http://Phone.com

12:29 PM