Subject: Activity in Case 1:21-cv-11794-ADB Bush et al v. Fantasia et al Motion to Dismiss for Failure to State a Claim

From: ecfnotice@mad.uscourts.gov - To: courtcopy@mad.uscourts.gov - Cc:  - Date: January 5, 2022 at 4:41 PM

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## United States District Court

### District of Massachusetts

### Notice of Electronic Filing

The following transaction was entered by Davis, John on 1/5/2022 at 4:41 PM EST and filed on 1/5/2022

| | |
|---|---|
| **Case Name:** | Bush et al v. Fantasia et al |
| **Case Number:** | 1:21-cv-11794-ADB |
| **Filer:** | Jean Jasaitis Barry |
| | Patrick Collins |
| | David Erickson |
| | Linda Fantasia |
| | Martha Feeney-Patten |
| | Catherine Galligan |
| | Timothy Goddard |
| | Anthony Mariano |
| | Town of Carlisle |

**Document Number:** 21

**Docket Text:**
**MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Jean Jasaitis Barry, Patrick Collins, David Erickson, Linda Fantasia, Martha Feeney-Patten, Catherine Galligan, Timothy Goddard, Anthony Mariano, Town of Carlisle. (Attachments: # (1) Exhibit A)(Davis, John)**

**1:21-cv-11794-ADB Notice has been electronically mailed to:**

John J. Davis     jdavis@piercedavis.com, bfergusson@piercedavis.com

Michael Bush     bmoc54@verizon.net

**1:21-cv-11794-ADB Notice will not be electronically mailed to:**

Anita Lopez
51 Bingham Rd
Carlisle, MA 01741

Ann Linsey Hurley
10 Half Moon Hill
Acton, MA 01720

Ian Sampson
315 Fiske St
Carlisle, MA 01741

Joseph Provenzano
80 Mill Pond Lane
Carlisle, MA 01741

Katalin Egri
80 Wildwood Dr
Carlisle, MA 01741

Kate Henderson
559 Lowell St
Carisle, MA 01741

Linda Taylor
879 Concord St
Carlisle, MA 01741

Lisa Tiernan
116 Lowell St
Westford, MA 01886

Monica Granfield
110 Carlisle Pines Drive
Carlisle, MA 01741

Robert Egri
80 Wildwood Drive
Carlisle, MA 01741

Susan Provenzano
80 Mill Pond Lane
Carlisle, MA 01741

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=1/5/2022] [FileNumber=9646181-0]
[1a4aa2a3a8509d29f9939a6fd1a01b3d7c562f52b1bfdf8e33296303f220ef925e11
31ab95b6e551fbae612e83f760ce4cd7b3cf5b2bd4cc7956043716b337b5]]
**Document description:**Exhibit A
**Original filename:**yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=1/5/2022] [FileNumber=9646181-1]
[050e2f8fe7ef594a7b5c74ce15f168e57403b9e6c5cf918bf078b4bb20a158b15a9b
78d2a80d7e7fa8428d9f54055445e3f07dbb6a5e3dd64b61ca35bc8697a6]]