**BOARD OF HEALTH  (DRAFT)**
Minutes for Tuesday, December 15, 2021, 7:00 PM
Remote Participation

| | | |
|---|---|---|
| 7:00 | **Minutes**: | 10/6/21; 11/16/21 |

7:15	COVID-19 – discussion
- Community Status
- Mask Mandate
- Booster Clinic

8:00	Benfield Farms Septic Upgrade
- FAST Permit Conditions (tabled)
- Installation Summary Report (Frado)

8:20	646 South Street – Request for Garbage Grinder Deed Restriction (tentative)

8:40	19 Bellows Hill Road – Request for Emergency Septic Upgrade (Chesleigh)

**DISSCUSSION ITEMS**
- PFA's status report
- Fern's Country Store – Well update

**NEW BUSINESS**

*The meeting agenda lists all topics reasonably anticipated by the Board of Health at the time of posting. Additional topics not anticipated may be discussed at the meeting under the agenda item New Business.*

<u>Attendance members</u>: *Tony Mariano Chairman, Jean J Barry, Patrick Collins, David Erickson, Catherine Galligan*
<u>Attendance nonmembers</u>: *Fantasia Health Agent, Wanda Avril, Michael and Amoreena Chesleigh, Rob Frado, Michael Joseph, David Model, Ginny Turner, K. Zinke,*

1. **Minutes**
   It is a violation of the open meeting laws for more than a quorum of board members to have a private discussion, meaning that no board member can speak to more than 2 other board members at a time, consequently, in the future the minutes will be sent the Linda Fantasia who will then distribute them for comments.  Moving on to the minutes themselves, Barry moved to approve the 11/6/21 minutes as amended, Erickson seconded the motion, which was then approved unanimously. Galligan moved to approve the 10/06/21 minutes as amended which was seconded and approved.
2. **Covid-19**
   Mariano said there has been an increase in cases in town. Fantasia said Concord had 19 in the last 7 days (315 since 7/1) and Carlisle had 69 since 7/1, 10 in the last 7 days, Lincoln had 71 cases since 7/1.  We are definitely seeing an uptick, according to Maven most cases are the Delta variant.  The school is also seeing some cases.  They are doing pool testing, out of 300 pool testing candidates they had 1 positive.
   There have been 4 clinics in Concord/Carlisle with 700 doses in the first and 800 doses in the second (about 200 of the total were Carlisle students). Fantasia has submitted an application to hold a booster clinic but has not heard anything, the State has been overwhelmed. McGean has submitted an application for a TriTown booster

clinic and even though it would be nice to have local Carlisle clinic the state might be more favorable to a TriTown clinic than to a local Carlisle clinic. Both applications are in, and we hope they move forward. The contact tracing collaborative has been totally disbanded so the public health nurse is now responsible for contract tracing. The state has removed a lot of the follow up requirements, the school nurse will do students, McGean, Fantasia, and Gines will do initial notifications. An individual on the swim team tested positive and the entire team had to be quarantined.  Fantasia has asked McGean to let us know if she is overwhelmed. Fantasia sent the call notes from DPH call Tuesday, 12/15. There was little information on omicron. The State will be providing home test kits starting with socially disadvantaged towns.

Barry noted that now positive antigen tests don't need to be followed up with PCR tests and Fantasia noted that even probable cases are now treated as confirmed. With the new Massachusetts Notify, if you are exposed there is no real way to follow up. Barry said that most of the cases in Carlisle are mild because of our vaccination rats. Fantasia said Carlisle did have 1 death related to covid, but the patient did have other health issues.

Galligan read that people are doing their own tests without PCR follow up, so they won't get counted in Maven, making Maven's numbers less accurate, but hospitalizations are way up. On the antigen test 2 of 5 people who are positive have no symptoms. Fantasia said the BOH should really support continuing the PCR testing at the Fire Station. Barry asked if the PCR testing is under threat, people have been very happy with it. Fantasia said that right now the town is carrying the cost, assuming that we will eventually be reimbursed but it is expensive. Mariano asked whether we have a tally on youth vaccinations and how does that affect our vaccination rate. Fantasia it was on the State web site, 220 aged 12-15years would have had at least one shot, grade school has had close to 450 and 7th and 8th graders got vaccinated earlier. Fantasia said people were having a hard time getting appointments at pharmacies.  In terms of reviewing the mask mandate, we decided to wait until January, in line with the vote taken on 11/16.

Barry said that some of the data that came out today indicates for Omicron, Moderna with the booster is comparable to Delta without the booster. For Moderna the booster is a 1/2 dose, and the nature of the immune response is somewhat different, getting longer lasting T cell immunity.

3. **PFAS**
Fantasia said the retesting of a resident's well came out much higher and the State is installing a filtration system. Barry spoke to the homeowner, who didn't remove the aerator, although Mariano didn't think the aerator would increase the result, unless it was contaminated. Fantasia mentioned other houses were slightly elevated, but the library was over 100 both times and Concord Rd was 90. The Chelmsford public water supply was tested at 21ppt. Fantasia is getting a lot of inquiries from residents and doesn't feel she has good information to give them. Mariano said we need to follow up with the State.

4. **Fern's Country Store**
There is no real update, they still have a boil water order and have not filed for a new well location yet.

5. **Benfield Farms Septic Upgrade**
Frado said the septic field is completed. He had a look today and the entire field has been hydroseeded and covered with hay. Rob Sarmanian of Oakson came out and checked the filter and put pool shock into the pump chamber and let it sit overnight, it seemed to clean up the lines pretty well, the pump water began a little dirty, but it gradually got clearer and clearer, so he thinks it did a pretty good job.  The electric boxes, manifold, and everything else is in. When preparing the bed, it was easy to identify the impermeable material was easy to identify. Frado basically watched every scoop and could say to dig a little deeper when necessary, going from 4' to 7' to get to good material. 2000 cubic yards were brought in and Frado is confident that they got most if not all of the impermeable material. We still need to get an as built grade from Mark Beaudry and Frado thinks there should be bird boxes to mark the corners of the new field and there should be monuments over the new monitoring wells and plastic manhole cover, and inspection port in the middle of the field--these all need to be noted in the As Built as well.  Frado doesn't think that we have a decommissioning report on the old wells. Beaudry needs to supply all of that.

Fantasia has told Beaudry that he still has a few things to provide. Mariano would like information on how the monitoring wells are constructed: their depth, do they have filter packing, and did they hit bedrock. Frado thinks Beaudry needs to be reminded.

Galligan said that Linda will send him an approval for the field, but they are not ready to send waste until we get the necessary material (O&M plan, startup plan, etc.). The material just came in today and work group needs to

review it before bringing it before the board, also we need to ensure that finances have been resolved. Fantasia sees 2 steps: 1-allow them to turn it on and then 2-certificate of compliance after 1 yr. of monitoring.  Galligan said they have not produced the O&M-- Mariano asked Fantasia to remind mark that we need the O&M. Mariano was surprised at how easy it was to identify bad material. Frado was surprised at how much there was, but it has been removed and Mariano was happy to see clean Title 5 sand. Frado said the cut showed how variable the soil was, last time poor fill material was used, this time entire field was excavated. The work group meeting will be next week. Galligan is concerned that the system sits unused, and Frado said that he did operate the pumps and checked the hydraulic system so the field if charged. There was a question of whether there could be a problem with freezing (normally effluent would warm the field) but there is about 6" of sand and 9-10" of topsoil over the field and while we could have 4' of frost Frado has never seen it that deep.

6. **19 Bellows Hill Rd.**
The septic system has failed. Wind River has confirmed the failure and has designed a new system, but November 18th is too late for a winter installation. The system is a pumped system with a 1500-gallon septic tank and a 1000-gallon pump tank. The homeowners (Michael and Amoreena Chesleigh) need to go to a tight tank and pump until the system can be replaced after March 1 when we allow installation to begin.

7. **Title 5 training**
Fantasia will try to set up a title 5 training session.

8. **New Business**
In other new business, Mariano noted that Galligan has been working behind the scenes to get funding for air systems in the town hall. Fortunately, we have a couple of motivated individuals helping with this. Galligan and Fantasia met with Bill Rizzo who installed a system at 51 Walden. Allen is on the standards committee for these types of system, and both have worked with companies that supply such systems.  Galligan had reached out to Goddard about what it would take for buildings to be safe, current options for have not been identified. Fantasia met with Bill and Allen; they are willing to complete a proposal. Fantasia thanked Galligan for taking it on herself to get a small air purifier for the BOH office, so they don't need to wear mask 100% of the time.

9. **Adjourn**
Next meetings are set for 01/05/21, and 01/19/21
Barry moved to adjourn, Galligan seconded, meeting adjourned at 20:55
Respectfully submitted,


David Erickson,
Recorder