

**Town of Carlisle**
*Office of*
**BOARD OF HEALTH**
66 Westford Street
Carlisle, MA 01741

Tel.: (978) 369-0283
Fax: (978) 369-4521

MEMORANDUM

| | |
|---|---|
| To: | Carlisle Select Board |
| | Town Administrator |
| | Town Counsel |
| From: | Carlisle Board of Health |
| | Tony Mariano, Chairman |
| Date: | August 26, 2021 |
| In Re: | Town of Carlisle Face Mask Mandate |

Acting under its authority stated in Mass. General Laws, Chapter III, Section 31, the Carlisle Board of Health at a duly posted public meeting held on August 25, 2021, unanimously voted as follows:

> In response to the recent increase in positive COVID-19 cases in Carlisle and throughout Middlesex County, including break-through cases among those who have been fully vaccinated, the Carlisle Board of Health hereby adopts an indoor face mask mandate for all indoor public spaces, or private spaces open to the public within the Town of Carlisle except where an individual is unable to wear a face mask due to a medical condition or disability and in employee's private work space where face masks are encouraged. This mandate will be revisited by the Board of Health in early October, 2021.

Massachusetts General Laws Chapter 111, Section 104 permits "the selectmen and the board of health [to] use all possible care to prevent the spread of [an] infection" that is dangerous to public health. The Board of Health therefor requests that the Carlisle Select Board also issue an emergency declaration for the implementation of a local face mask mandate within the Town of Carlisle.[1]

---

[1] *See* Massachusetts General Laws Chapter 111, Sections 31 and 104