| | |
|---|---|
| **Part IV** | CRIMES, PUNISHMENTS AND PROCEEDINGS IN CRIMINAL CASES |
| **Title I** | CRIMES AND PUNISHMENTS |
| **Chapter 272** | CRIMES AGAINST CHASTITY, MORALITY, DECENCY AND GOOD ORDER |
| **Section 98** | DISCRIMINATION IN ADMISSION TO, OR TREATMENT IN, PLACE OF PUBLIC ACCOMMODATION; PUNISHMENT; FORFEITURE; CIVIL RIGHT |

Section 98. Whoever makes any distinction, discrimination or restriction on account of race, color, religious creed, national origin, sex, gender identity, sexual orientation, which shall not include persons whose sexual orientation involves minor children as the sex object, deafness, blindness or any physical or mental disability or ancestry relative to the admission of any person to, or his treatment in any place of public accommodation, resort or amusement, as defined in section ninety-two A, or whoever aids or incites such distinction, discrimination or restriction, shall be punished by a fine of not more than twenty-five hundred dollars or by imprisonment for not more than one year, or both, and shall be liable to any person aggrieved thereby for such damages as are enumerated in section five of chapter one hundred and fifty-one B; provided, however, that such civil forfeiture shall be of an amount not less than three hundred dollars; but such person so aggrieved shall not recover against more than one person by reason of any one act of distinction, discrimination or restriction. All persons shall have the right to the full and equal accommodations, advantages, facilities and privileges of any place of public accommodation, resort or amusement subject only to the conditions and limitations established by law and applicable to all persons. This right is recognized and declared to be a civil right.