# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

Eastern Division

| | | |
|---|---|---|
| MICHAEL BUSH; LINDA TAYLOR; LISA TIERNAN; KATE HENDERSON; ROBERT EGRI; KATALIN EGRI; ANITA OPTIZ; MONICA GRANFIELD, ANN LINSEY HURLEY; IAN SAMPSON; SUSAN PROVENZANO; JOSEPH PROVENZANO, *Pro Se Plaintiffs*<br><br>VS.<br><br>LINDA FANTASIA; MARTHA FEENEY-PATTEN; ANTHONY MARIANO; CATHERINE GALLIGAN; JEAN JASAITIS BARRY; PATRICK COLLINS; DAVID ERICKSON; TIMOTHY GODDARD; TOWN OF CARLISLE; JOHN DOE; JANE DOE *Defendants* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.  1:21-cv-11794-ADB |

# REQUEST FOR RULING OR HEARING

On February 2, 2022 the Defendants' Reply Brief in support of their Motion to Dismiss was filed with this Court. That Motion remains pending. As the Motion itself is defective, I request the Court summarily deny the Defendants' Motion. Alternatively, I request the Court schedule a hearing on the Motion so that discovery may commence promptly.

Date: February 25, 2022                Respectfully submitted,

*Michael Bush*                , Pro Se

Michael Bush
280 Lowell Street
Carlisle MA 01741
*Bmoc54@verizon.net*
Phone: (978) 734-3323