

10 Post Office Square, Suite 1100N, Boston, MA 02109
Phone: 617.350.0950 | Fax: 617.350.7760

John J. Davis
Ext. 102
jdavis@piercedavis.com

March 11, 2022

Hon. Allison D. Burroughs
U.S.D.C. (D. Mass.)
John Joseph Moakley U.S. Courthouse
1 Courthouse Way – Suite 2300
Boston , MA 02210

*Re:*   *Michael Bush, pro se, et al.*
*vs.*   *Linda Fantasia, et al.*
        *U.S.D.C. (D. Mass) Docket No. C.A. No. 1:21-cv-11794-ADB*

Dear Judge Burroughs:

Defendants wish to bring to the Court's attention that the mask mandate challenged by plaintiffs in the above-captioned matter was rescinded by the Carlisle Board of Health on February 23, 2022, and replaced with a mask advisory. The following day, the Board of Health posted the following notice on its website:

> Based on current COVID-19 data and trends, the Carlisle Board of Health, at their meeting on February 23, 2022, voted unanimously to lift the Indoor Mask Mandate for all public buildings and facilities open to the public in Carlisle and to replace the Mask Mandate with a Mask Advisory in accordance with the recommendations established by the Center for Disease Control (CDC) and adopted by the Mass. Dept. of Public Health on February 15, 2022. Further information is available at www.mass.gov/maskrules.

On March 8, 2022, the Carlisle Select Board voted to support the Board of Health's decision.

Thank you for your attention to this matter.

Very truly yours,

**PIERCE DAVIS & PERRITANO LLP**

*/s/ John J. Davis*

John J. Davis

JJD/bf

Michael Bush, pro se, *et al.* v. Linda Fantasia, *et al*.
Case No. C.A. No. 1:21-cv-11794-ADB
March 11, 2022
Page  2

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on March 11, 2022 as follows:

Michael Bush
280 Lowell Street
Carlisle, MA 01741

Linda Taylor
879 Concord Street
Carlisle, MA 01741

Lisa Tiernan
116 Lowell Street
Westford, MA 01886

Kate Henderson
559 Lowell Street
Carlisle, MA 01741

Robert Egri
80 Wildwood Drive
Carlisle, MA 01741

Katalin Egri
80 Wildwood Drive
Carlisle, MA 01741

Anita Lopez
51 Bingham Road
Carlisle, MA 01741

Monica Granfield
110 Carlisle Pines Drive
Carlisle, MA 01741

Ann Linsey Hurley
10 Half Moon Hill
Acton, MA 01720

Michael Bush, pro se, *et al.* v. Linda Fantasia, *et al*.
Case No. C.A. No. 1:21-cv-11794-ADB
March 11, 2022
Page  3

Ian Sampson
315 Fiske Street
Carlisle, MA 01741

Susan Provenzano
80 Mill Pond Lane
Carlisle, MA 01741

Joseph Provenzano
80 Mill Pond Lane
Carlisle, MA 01741

*/s/ John J. Davis*
_____

John J. Davis, Esq.