# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

Eastern Division

| | |
|---|---|
| MICHAEL BUSH; LINDA TAYLOR; LISA TIERNAN; KATE HENDERSON; ROBERT EGRI; KATALIN EGRI; ANITA OPTIZ; MONICA GRANFIELD, ANN LINSEY HURLEY; IAN SAMPSON; SUSAN PROVENZANO; JOSEPH PROVENZANO, *Pro Se Plaintiffs* | Case No.   1:21-cv-11794-ADB |
| VS. | |
| LINDA FANTASIA; MARTHA FEENEY-PATTEN; ANTHONY MARIANO; CATHERINE GALLIGAN; JEAN JASAITIS BARRY; PATRICK COLLINS; DAVID ERICKSON; TIMOTHY GODDARD; TOWN OF CARLISLE; JOHN DOE; JANE DOE *Defendants* | |

# EMERGENCY MOTION TO STRIKE DEFENDANTS' EX PARTE LETTER TO THE COURT FROM THE DOCKET

On March 11, 2022 the Defendants' counsel electronically filed an ex parte letter of the same date with this Court regarding this case. As that letter bears no relation to the Federal or Local Rules of Civil Procedure nor cites any law or legal argument supporting its submission to the Court, we undersigned Pro Se Plaintiffs would like to briefly bring some relevant points to the Court's attention.

Just as the Defendants' counsel neglected to and/or avoided conferring with any of us before filing the Defendants' defective Motion To Dismiss, the Defendants' counsel has in this instance also made no attempt to confer with any of us before filing his latest letter with this Court. Thus, we are filing this emergency motion without conferring with the Defendants' counsel.

In his ex parte letter, the Defendants' counsel provides no explanation as to why he is submitting it to the Court or its relevance to this case. It seems the Defendants' counsel is hoping to mislead the Court into concluding this case is moot. It is anything but moot, a mere few of many reasons being that:

1. The Defendants' counsel contradicts his own assertions in his letter by claiming the Board of Health Defendants "rescinded" their face mask mandate. As is clear to see in those Defendants' own statement their counsel quotes in his letter, they merely "lifted" their mandate—they failed to acknowledge it was unlawful to begin with.

2. Whether intentionally or negligently, the Defendants' counsel incorrectly asserts in his letter that there is only one face mask mandate at issue in this case. That is false, as both our Complaint and Opposition to the Defendants' Motion to Dismiss make abundantly clear.

3. In our Complaint we seek declaratory and injunctive relief as well as compensatory, nominal, presumed, and/or punitive damages to be awarded. Thus, the Defendants' counsel's letter and the status of any face mask mandates are utterly immaterial and impertinent.

4. Were cases to be dismissed because defendants cease or temporarily refrain from improper conduct, such reasoning would render 42 U.S.C. §1983 meaningless and useless and would likely render many if not most lawsuits pointless merely because the events in question occurred in the past.

Wherefore, the undersigned Pro Se Plaintiffs request the Court strike the Defendants' counsel's ex parte letter to the Court from the docket.

Date: March 12, 2022                                    Respectfully submitted,

                                                        _Michael Bush_, Pro Se
                                                        Michael Bush
                                                        280 Lowell Street
                                                        Carlisle MA 01741
                                                        Bmoc54@verizon.net
                                                        Phone: (978) 734-3323


            March 11, 2022                              /s/ Ann Linsey Hurley, Pro Se

                                                        Ann Linsey Hurley
                                                        10 Half Moon Hill
                                                        Acton MA 01720

_[signature]_ Pro Se   March 11, 2022
ROBERT EGRI
80 WILDWOOD DRIVE
CARLISLE, MA 01741

_[signature]_ Katalin Egri   Pro Se   March 11, 2022
KATALIN EGRI
80 WILDWOOD DRIVE
CARLISLE, MA 01741

_[signature]_ Linda K Taylor   Pro Se   March 11, 2022
Linda K Taylor
879 Concord Street
Carlisle, MA 01741

_[signature]_ Susan Provancal   Pro-Se   March 12, 2022
80 Mill Pond Ln.
Carlisle, MA 01741

_[signature]_ Lisa Tiernan   Pro-Se   March 12, 2022
Lisa Tiernan
116 Lowell Rd.
Westford, MA 01886

## CERTIFICATE OF SERVICE

I, Michael Bush, hereby certify that I have, on this 12th day of March, 2022, electronically served a copy of the foregoing and any accompanying document(s) pursuant to Fed. Rule Civ. Proc. 5(b)(2)(E) and Local Rule 5.2 upon the following:

John J. Davis, BBO #115890

10 Post Office Square, Suite 1100N

Boston, MA 02109

_____, Pro Se

Michael Bush