

# Massachusetts Department of Public Health | COVID-19 Dashboard
## Hospitalizations from COVID-19

Released on: March 29, 2022
Data as of: March 28, 2022
Caution: recent data may be incomplete

**Navigation**

- Today's Overview
- Overview Trends
- COVID-19 Cases
- COVID-19 Testing
- **Hospitalizations**
- COVID-19 Deaths
- Higher Ed & LTCF
- Patient Breakdown
- City & Town Data
- Resources
- Data Archive

| Hospitalizations | ICU & Intubation | Patient Demographics | Bed Occupancy |

### Hospitalizations

On March 28, 2022 there were 215 patients hospitalized for COVID-19.

Of those 215 patients, 131 (61%) were reported to be fully vaccinated for COVID-19 when they contracted COVID-19.

Of those 215 hospitalized patients, 81 (38%) were primarily hospitalized for COVID-19 related illness.**

**Graph selections**

Time period: Last six months

Data fill (orange part of the graph): Patients reported to be fully vaccinated



Number of COVID-19 patients in the hospital, 7-day average, and Patients reported to be fully vaccinated: Last six months
*Data on patients reported to be fulled vaccinated were first collected on 8/16/2021 and are not available for prior dates.

**Patients are reported as being hospitalized due to COVID-19 if they received dexamethasone treatment. Administration of dexamethasone, a type of steroid medication, is considered an indicator of moderate to severe COVID-19 and provides an estimate of primary COVID-19.

Hospitalization data provided by the MDPH hospital survey (survey data are self-reported by hospitals). NOTE: Self-reported hospital data are generally posted the next day. Friday's data are posted on Monday and Saturday-Monday data are posted Tuesday. Data are reported and shown broken-down by day, including Saturday and Sunday. All data included in this dashboard are preliminary and subject to change. Created by the Massachusetts Department of Public Health, Bureau of Infectious Disease and Laboratory Sciences, Division of Surveillance, Analytics and Informatics.