

**Massachusetts Department of Public Health COVID-19 Vaccine Data – Tuesday, March 29, 2021**

# COVID-19 Cases in Fully Vaccinated Individuals

The COVID-19 Cases in Fully Vaccinated Individuals Report is updated weekly and posted on Tuesday. Additional data on vaccines are published in the Daily Vaccine Report (posted Monday-Friday) and the Weekly Vaccination Dashboard (posted on Thursday).



**Please note:** Identification of cases in vaccinated people relies on matching data between the system of record for cases and vaccinations. The number of cases in vaccinated people may be undercounted due to discrepancies in the names and dates of birth of individuals, resulting in an inability to match records across systems. Hospitalization data is likely also undercounted as identification and reporting of hospitalized cases relies on that information being obtainable by case investigators through patient interview.

*Vaccination began December 14, 2020; the earliest date at which individuals would be considered fully vaccinated is January 19, 2021

# COVID-19 Cases in Fully Vaccinated Individuals

- COVID-19 cases in vaccinated people are counted as those who test positive more than 14 days after the final dose of vaccine*

- As of March 26, 2022 there were 5,318,595 fully vaccinated people and there were 463,015 cases in vaccinated people

- 7,799 of those 463,015 cases resulted in hospitalization and 2,223 cases resulted in death based on information reported to date

|  | Cumulative count through last week (reported 3/19/2022) | Cumulative count through this week (reported 3/26/2022) | % of All Fully Vaccinated Individuals* |
|---|---|---|---|
| Cases | 459,123 | 463,015 | 8.7% |
| Hospitalizations among cases | 7,716 | 7,799 | 0.15% |
| Deaths among cases | 2,222** | 2,223** | 0.04% |

Note: Identification of cases in vaccinated people relies on matching data between the system of record for cases and vaccinations. The number of cases in vaccinated people may be undercounted due to discrepancies in the names and dates of birth of individuals, resulting in an inability to match records across systems. Hospitalization data is likely also undercounted as identification and reporting of hospitalized cases relies on that information being obtainable by case investigators through patient interview.

**Death counts updated in accordance with adoption of Council of State and Territorial Epidemiologists' surveillance definition for COVID-19-associated deaths. https://cdn.ymaws.com/www.cste.org/resource/resmgr/pdfs/pdfs2/20211222_interim-guidance.pdf

Source: MIIS Data, MAVEN data