UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL BUSH; LINDA TAYLOR; <br> LISA TIERNAN; KATE HENDERSON; <br> ROBERT EGRI; KATALIN EGRI; <br> ANITA LOPEZ; MONICA GRANFIELD; <br> ANN LINSEY HURLEY; IAN SAMPSON; <br> SUSAN PROVENZANO; and JOSEPH PROVENZANO, <br> *pro se* Plaintiffs, <br><br> VS. <br><br> LINDA FANTASIA; MARTHA FEENEY-PATTEN; <br> ANTHONY MARIANO; CATHERINE GALLIGAN; <br> JEAN JASAITIS BARRY; PATRICK COLLINS; <br> DAVID ERICKSON; TIMOTHY GODDARD; and <br> TOWN OF CARLISLE, <br> Defendants. | C.A. NO. 1:21-cv-11794-ADB |

## LOCAL RULE 7.1 CERTIFICATION

Undersigned counsel for defendants, Linda Fantasia, Martha Feeney-Patten, Anthony Mariano, Catherine Galligan, Jean Jasaitis Barry, Patrick Collins, David Erickson, Timothy Goddard and Town of Carlisle, hereby certifies, pursuant to Local Rule 7.1 (A)(2) and Fed.R.Civ.P. 26(c)(1), that, on August 16, 2022, he conferred with *pro se* plaintiffs, Michael Bush, Robert Egri and Susan Provenzano, in good faith to resolve and/or narrow the issues and disputes raised in defendants' Motion to Stay Discovery.

Respectfully submitted,

The Defendants,

LINDA FANTASIA, MARTHA FEENEY-PATTEN, ANTHONY MARIANO, CATHERINE GALLIGAN, JEAN JASAITIS BARRY, PATRICK COLLINS, DAVID ERICKSON, TIMOTHY GODDARD and TOWN OF CARLISLE,

By their Attorneys,

**PIERCE DAVIS & PERRITANO LLP**

*/s/ John J. Davis*

_____
John J. Davis, BBO #115890
10 Post Office Square, Suite 1100N
Boston, MA 02109
(617) 350-0950
jdavis@piercedavis.com

Dated: August 19, 2022

**CERTIFICATE OF SERVICE**

       I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on August 19, 2022 as follows:

Michael Bush
280 Lowell Street
Carlisle, MA 01741

Linda Taylor
879 Concord Street
Carlisle, MA 01741

Lisa Tiernan
116 Lowell Street
Westford, MA 01886

Kate Henderson
559 Lowell Street
Carlisle, MA 01741

Robert Egri
80 Wildwood Drive
Carlisle, MA 01741

Katalin Egri
80 Wildwood Drive
Carlisle, MA 01741

Anita Lopez
51 Bingham Road
Carlisle, MA 01741

Monica Granfield
110 Carlisle Pines Drive
Carlisle, MA 01741

Ann Linsey Hurley
10 Half Moon Hill
Acton, MA 01720

Ian Sampson
315 Fiske Street
Carlisle, MA 01741

Susan Provenzano
80 Mill Pond Lane
Carlisle, MA 01741

Joseph Provenzano
80 Mill Pond Lane
Carlisle, MA 01741

*/s/ John J. Davis*
_____
John J. Davis, Esq.