IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL BUSH; LINDA TAYLOR;<br>LISA TIERNAN; KATE HENDERSON;<br>ROBERT EGRI; KATALIN EGRI;<br>ANITA OPTIZ; MONICA GRANFIELD,<br>ANN LINSEY HURLEY; IAN SAMPSON;<br>SUSAN PROVENZANO;<br>JOSEPH PROVENZANO,<br>    *Pro Se Plaintiffs* | CASE NO.: 1:21-cv-11794-ADB |
| VS. | |
| LINDA FANTASIA; MARTHA FEENEY-PATTEN;<br>ANTHONY MARIANO; CATHERINE GALLIGAN;<br>JEAN JASAITIS BARRY; PATRICK COLLINS;<br>DAVID ERICKSON; TIMOTHY GODDARD;<br>TOWN OF CARLISLE; JOHN DOE; JANE DOE<br>    *Defendants* | |

# **PLAINTIFFS' MOTION TO COMPEL DISCOVERY**

The Pro Se Plaintiffs hereby move to compel discovery pursuant to Fed. R. Civ. P. 37(a)(1). In support of this motion the Plaintiffs enclose a memorandum of reasons.

                                                                  Respectfully Submitted,

Dated: August 29, 2022                  */s/ Michael Bush*, Pro se
                                                                   Michael Bush
                                                                   280 Lowell Street
                                                                   Carlisle MA 01741
                                                                   Phone: 978-734-3323
                                                                   Email: bmoc54@verizon.net

*[Signature]* pro se                                August 26, 2022

ROBERT EGRI,
80 WILDWOOD DRIVE
CARLISLE, MA 01741


*[Signature]* Katalin H. Egri        pro se         August 26, 2022

KATALIN H. EGRI
80 Wildwood Dr.
Carlisle, MA 01741


*[Signature]*                         pro se        August 27, 2022

Lisa Tiernan
116 Lowell Rd.
Westford, MA 01886


*[Signature]* Linda K Taylor          pro se        August 28, 2022

LINDA K TAYLOR
879 Concord Street
Carlisle, MA 01741


*[Signature]* Monica Granfield        PRO SE        AUGUST 29, 2022

MONICA GRANFIELD
110 CARLISLE PINES DR
CARLISLE, MA 01741

*Ann Lj Hry*   prose   August 29, 2022
ANN LINSEY HURLEY
10 HALF MOON HILL
Acton, MA 01720

**LOC. R. CIV. P. 7.1(a)(2) & FED. R. CIV. P. 37(a)(1) CERTIFICATE**

We, Michael Bush, Robert Egri, and Susan Provenzano, hereby certify that we have on the 16th day of August, 2022 conferred with the Defendant's Counsel John Davis by phone in a good faith attempt to resolve or narrow the issue and to obtain discovery without court action.

*/s/ Robert Egri*  , Pro Se
Robert Egri
80 Wildwood Drive
Carlisle MA 01741

*/s/ Susan Provenzano*  , Pro Se
Susan Provenzano
80 Mill Pond Lane
Carlisle MA 01741

*/s/ Michael Bush*   , Pro Se
Michael Bush
280 Lowell Street
Carlisle MA 01741
Phone: 978-734-3323
Email: bmoc54@verizon.net

**CERTIFICATE OF SERVICE**

I, Michael Bush, hereby certify that I have, on the 29th day of August, 2022, electronically served a copy of the foregoing and any accompanying document(s) pursuant to Fed. Rule Civ. Proc. 5(b)(2)(E) and Local Rule 5.2 upon the following:

John J. Davis, BBO #115890

10 Post Office Square, Suite 1100N

Boston, MA 02109

*/s/ Michael Bush*   , Pro se
Michael Bush
280 Lowell Street
Carlisle MA 01741
Phone: 978-734-3323
Email: bmoc54@verizon.net