**Subject: RE: Recap of conference call | Bush et al v. Fantasia et al**

From: John Davis - To: bmoc54@verizon.net - Cc: Barbara Fergusson - Date: May 19, 2022 at 10:01 AM, Attachments: image001.png

Thank you Michael, I will review and get back to you.

John



John J. Davis
PIERCE DAVIS & PERRITANO LLP

10 Post Office Square, Suite 1100N
Boston, MA 02109
617-350-0950
jdavis@piercedavis.com
www.piercedavis.com

*This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information intended only for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited.  If you have received this communication in error, please erase all copies of the message and its attachments and notify the sender immediately.*

**From:** Mike Bush <bmoc54@verizon.net>
**Sent:** Thursday, May 19, 2022 9:30 AM
**To:** John Davis <JDavis@piercedavis.com>
**Cc:** Barbara Fergusson <BFergusson@piercedavis.com>
**Subject:** Recap of conference call | Bush et al v. Fantasia et al

Hi John,

My fellow pro se plaintiff Robert Egri who joined us for the FRCP 26(f) conference call earlier this week was satisfied with my attached recap of that call. Please let me know in writing if you have any corrections. Otherwise, I'll assume you're satisfied with its accuracy.

Kind Regards,
Mike Bush