UNITED STATES DISTRICT COURT

for the

District of Massachusetts

Eastern Division

| | | |
|---|---|---|
| MICHAEL BUSH; LINDA TAYLOR; LISA TIERNAN; KATE HENDERSON; ROBERT EGRI; KATALIN EGRI; ANITA OPTIZ; MONICA GRANFIELD, ANN LINSEY HURLEY; IAN SAMPSON; SUSAN PROVENZANO; JOSEPH PROVENZANO, *Pro Se Plaintiffs*<br><br>VS.<br><br>LINDA FANTASIA; MARTHA FEENEY-PATTEN; ANTHONY MARIANO; CATHERINE GALLIGAN; JEAN JASAITIS BARRY; PATRICK COLLINS; DAVID ERICKSON; TIMOTHY GODDARD; TOWN OF CARLISLE; JOHN DOE; JANE DOE *Defendants* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.   1:21-cv-11794-ADB |

# PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO STAY DISCOVERY
*Pursuant to Local Rule of Civil Procedure 7.1(b)(2)*

Plaintiffs oppose herewith the Defendants' Motion To Stay Discovery:

*Memorandum of Reasons*

PLEASE SEE DOCKET #S 36 AND 37

      The Plaintiffs and Defendants agreed to file opposing motions in their Local Rule of Civil Procedure 7.1(a)(2) teleconference. But the undersigned Pro Se Plaintiffs do not wish to needlessly take up the Court's time with unnecessary reading. So in lieu of writing a lengthy opposition to the Defendants' motion to stay discovery, the Plaintiffs would like to direct the Court's attention to their motion to compel discovery and its supporting memorandum of reasons (Dkt. 36 and 37).

      The Plaintiffs request this Court deny the Defendants' motion to stay discovery and allow the Plaintiffs' motion to compel discovery.

Respectfully submitted,

_____, Pro Se
Michael Bush
280 Lowell Street
Carlisle MA 01741
*Bmoc54@verizon.net*
Phone: (978) 734-3323

*Robert Egri* pro se, August 26, 2022

ROBERT EGRI
80 Wildwood Drive
Carlisle, MA 01741


*Katalin H. Egri* pro se   August 26, 2022

KATALIN H. EGRI
80 Wildwood Dr.
Carlisle MA 01741

*Lisa Tiernan*   pro se   August 27, 2022

Lisa Tiernan
116 Lowell Rd.
Westford, MA 01886

*Linda K Taylor*   pro se   August 28, 2022

LINDA K. TAYLOR
879 Concord Street
Carlisle, MA 01741


*Monica Granfield*   pro se   AUGUST 29, 2022

MONICA GRANFIELD
110 CARLISLE PINES DR
CARLISLE, MA 01741

*Ann Liz Hurley*     pro se    August 29, 2022

Ann Linsey Hurley
10 Half Moon Hill
Acton, MA 01720

**CERTIFICATE OF SERVICE**

I, Michael Bush, hereby certify that I have, on this 29th day of August, 2022, electronically served a copy of the foregoing and any accompanying document(s) pursuant to Fed. Rule Civ. Proc. 5(b)(2)(E) and Local Rule 5.2 upon the following:

John J. Davis, BBO #115890

10 Post Office Square, Suite 1100N

Boston, MA 02109

_____, Pro Se

Michael Bush

280 Lowell Street

Carlisle MA 01741

Bmoc54@verizon.net

Phone: (978) 734-3323