## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**Michael Bush, et al**
       Plaintiffs

    V.

CIVIL ACTION

NO. <u>1:21-cv-11794-ADB</u>

**Linda Fantasia, et al**
       Defendants

## **<u>ORDER OF DISMISSAL</u>**

<u>Burroughs, D. J.</u>

    In accordance with the Court's Order dated September 12, 2022 it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                            By the Court,

<u>9/12/2022</u>                                           <u>/s/ Caetlin McManus</u>
  Date                                                             Deputy Clerk