## Joint Notice of Appeal to a Court of Appeals From

## an Appealable Order of a District Court

United States District Court for the District of Massachusetts

Docket Number 1:21-cv-11794

| | |
|---|---|
| MICHAEL BUSH; LINDA TAYLOR;<br>LISA TIERNAN; SUSAN PROVENZANO;<br>ROBERT EGRI; KATALIN EGRI;<br>MONICA GRANFIELD,<br>ANN LINSEY HURLEY;<br>   *Pro Se Plaintiffs* | )<br>)<br>)<br>)<br>)<br>) |
| V. | ) Joint Notice of Appeal |
| LINDA FANTASIA; MARTHA FEENEY-PATTEN;<br>ANTHONY MARIANO; CATHERINE GALLIGAN;<br>JEAN JASAITIS BARRY; PATRICK COLLINS;<br>DAVID ERICKSON; TIMOTHY GODDARD;<br>TOWN OF CARLISLE; JOHN DOE; JANE DOE<br>   *Defendants* | )<br>)<br>)<br>)<br>) |

Michael Bush, Linda Taylor, Lisa Tiernan, Robert Egri, Katalin Egri, Monica Granfield, Ann Linsey Hurley, and Susan Provenzano jointly appeal to the United States Court of Appeals for the 1st Circuit from the United States District Court for the District of Massachusetts' order dismissing case entered on September 12th, 2022.

September 29, 2022

            Respectfully submitted,

            *Michael Bush*, Pro Se
            Michael Bush
            280 Lowell Street
            Carlisle MA 01741
            Bmoc54@verizon.net
            Phone: (978) 734-3323

*[Signature]* pro se                September 27, 2022

ROBERT EGRI
80 WILDWOOD DRIVE
CARLISLE, MA 01741
RGE11@YAHOO.COM
978 656 6756

*[Signature]* Katalin Egri     pro se            September 27, 2022
KATALIN EGRI
80 Wildwood Drive
Carlisle, MA 01741
978 656 6756

*[Signature]* Linda K Taylor    pro se            Sept 27, 2022
LINDA TAYLOR
879 Concord Street
Carlisle MA 01741

*[Signature]* Lisa Tiernan    pro se            Sept. 27, 2022
Lisa Tiernan
116 Lowell Rd.
Westford, MA 01886

*[signature]* Pro se          9/28/2022

Susan Provenzano
80 Mill Pond Ln
Carlisle, MA 01741


Monica Granfield          9.29.2022
              Pro Se
MONICA GRANFIELD
110 CARLISLE PINES DR
CARLISLE, MA 01741


Ann Ly Hurley    prose    9-29-22
Ann Linsey Hurley
10 Half Moon Hill
Acton, MA    01720