UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK'S CERTIFICATE AND APPEALS COVER SHEET

ABBREVIATED ELECTRONIC RECORD

Case Caption: Bush et al v. Fantasia et al

District Court Number: 21cv11794-ADB

Fee: Paid? Yes __X__ No ____  Government filer ____  *In Forma Pauperis* Yes ____ No ____

Motions Pending    Yes ____ No __X__        Sealed documents    Yes ____ No __X__
*If yes, document #* _____          *If yes, document #* _____

*Ex parte* documents    Yes ____ No __X__    Transcripts    Yes ____ No __X__
*If yes, document #* _____          *If yes, document #* _____

Notice of Appeal filed by: Plaintiff/Petitioner __X__   Defendant/Respondent ____   Other: ____

Appeal from:

#40 Memorandum and Order, #41 Order of Dismissal

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#40, #41, and #42

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # __42__ filed on __September 30, 2022__.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on __October 5, 2022__.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**