# United States Court of Appeals
## For the First Circuit

No. 22-1755

MICHAEL BUSH; LINDA TAYLOR; LISA TIERNAN; SUSAN PROVENZANO; ROBERT EGRI; KATALIN EGRI; MONICA GRANFIELD; ANN LINSEY HURLEY,

Plaintiffs - Appellants,

JOSEPH PROVENZANO; KATE HENDERSON; IAN SAMPSON; ANITA OPITZ,

Plaintiffs,

v.

LINDA FANTASIA; MARTHA FEENEY-PATTEN; ANTHONY MARIANO; CATHERINE GALLIGAN; JEAN JASAITIS BARRY; PATRICK COLLINS; DAVID ERICKSON; TIMOTHY GODDARD; TOWN OF CARLISLE;

Defendants - Appellees,

JOHN DOE; JANE DOE,

Defendants.

**MANDATE**

Entered: June 26, 2024

In accordance with the judgment of April 18, 2024, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Justin Lee Amos, Michael Bush, John Joseph Davis Jr., Katalin Egri, Robert Egri, Monica Granfield, Kate Henderson, Ann Linsey Hurley, Heidi Kaiter, Anita Opitz, Jill Owens, Joseph Provenzano, Susan Provenzano, Ian Sampson, Linda Taylor, Lisa Tiernan