# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

September 18, 2024

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA  02210

    Re:  Michael Bush, et al.
           v. Linda Fantasia, et al.
           No. 24-306
           (Your No. 22-1755)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on September 12, 2024 and placed on the docket September 18, 2024 as No. 24-306.

           Sincerely,

           **Scott S. Harris**, Clerk

           by

           Susan Frimpong
           Case Analyst