# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 15, 2024

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA  02210

    Re:  Michael Bush, et al.
          v. Linda Fantasia, et al.
          No. 24-306
          (Your No. 22-1755)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

                    Sincerely,

                    **Scott S. Harris**, Clerk